THIS OPINION HAS NO PRECEDENTIAL
 VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael J. Laney, Appellant.
 
 
 
 
 

Appeal
 from Greenville County
 G. Edward
 Welmaker, Circuit Court Judge

Unpublished
 Opinion No. 2009-UP-614
 Submitted
 December 1, 2009  Filed December 22, 2009 

APPEAL
 DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia, for Respondent. 
 
 
 

 PER CURIAM: Michael
 James Laney appeals his conviction of two consecutive terms of life
 imprisonment without parole for two murders. Laney asserts the trial judge
 erred by not understanding he had discretionary authority to sentence him to thirty
 years imprisonment rather than life imprisonment without parole. After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Laney's appeal and grant counsel's
 motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.